

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY,** Successor by Merger Lawyers
Title Insurance Corporation, Barclays Capital Real Estate Inc. d.b.a HOMEQ, as servicing Agent
for Duetsche Bnk. National Trust Company as Trustee,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

# O R D E R

Appellant's brief is past due. He has filed a motion for extension of time, stating the brief was not filed because a supplemental clerk's record he requested from the Bexar County District Clerk has not been filed. The Clerk states the supplement has not been filed because appellant has not paid the fee for preparation of the supplemental record.

We order appellant to file written proof in this court by **August 31, 2015**, that the clerk's fee has been paid. If appellant pays for the record by the date ordered, we order the Bexar County District Clerk to file the record by **September 4, 2015**. If appellant fails to pay for the record by the date ordered, we **order** his brief due **September 4, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court